UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

BRUCE CRAIGIE and
BARBARA CRAIGIE,

        Plaintiffs,

v.

NATIONSTAR MORTGAGE, LLC, a limited
liability company, and JOHN DOES 1-5,
unnamed individuals,

        Defendants.

Case No. 1:15-cv-441

Judge Janet T. Neff

---

| | |
|---|---|
| Theodore J. Westbrook (P70834) | Elisa J. Lintemuth (P74498) |
| Amanda P. Narvaes (P74957) | Dykema Gossett PLLC |
| DREW, COOPER & ANDING, P.C. | Attorney for Nationstar Mortgage LLC |
| Attorneys for Plaintiffs | 300 Ottawa Avenue, N.W., Suite 700 |
| Aldrich Place, Suite 200 | Grand Rapids, MI 49503-2306 |
| 80 Ottawa Avenue, N.W. | (616) 776-7500 |
| Grand Rapids, MI 49503 | elintemuth@dykema.com |
| (616) 454-8300 | |

## DEFENDANT'S EXPERT WITNESS DISCLOSURE

Defendant Nationstar Mortgage LLC, by its attorneys, pursuant to the Court's Case Management Order, identifies the following experts who may be called upon to testify at trial:

1.    Robert D. Kullman, Speckin Forensic Laboratories, 2601 Coolidge Road, Suite 202, East Lansing, Michigan 48823; expert in handwriting analysis. Mr. Kullman is expected to provide testimony as to the authenticity of the signatures of Plaintiff Barbara Craigie on the mortgages at issue. Mr. Kullman may also address any other issues within his expertise raised by Plaintiffs and/or Plaintiffs' expert(s), if any, relevant to this action. Mr. Kullman may have additional opinions if further information becomes available.

2.   Nationstar reserves the right to list additional expert witnesses and rebuttal expert witnesses as become necessary up to and including the time of trial.

Respectfully submitted,

DYKEMA GOSSETT PLLC


By: /s/ Elisa J. Lintemuth
Elisa J. Lintemuth (P74498)
Attorneys for Nationstar
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI  49503-2306
(616) 776-7500
elintemuth@dykema.com

Dated: October 6, 2015