UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

BRUCE CRAIGIE and
BARBARA CRAIGIE,                              Case No. 1:15-cv-00441

    Plaintiffs,                              Hon. Janet T. Neff

v.

NATIONSTAR MORTGAGE, LLC,
a limited liability company, and
JOHN DOES 1-5,

    Defendants.

---

| | |
|---|---|
| Theodore J. Westbrook (P70834) | Elisa J. Lintemuth (P74498) |
| Amanda P. Narvaes (P74957) | **DYKEMA GOSSETT PLLC** |
| **DREW, COOPER & ANDING, P.C.** | Attorneys for Defendant |
| Attorneys for Plaintiffs |     Nationstar Mortgage, LLC |
| Aldrich Place, Suite 200 | 300 Ottawa Avenue NW |
| 80 Ottawa Avenue NW | Grand Rapids, MI 49503 |
| Grand Rapids, MI 49503 | (616) 776-7500 |
| (616) 454-8300 | |

---

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS**

Plaintiffs Bruce and Barbara Craigie, by and through their attorneys, Drew, Cooper & Anding, P.C., request the Court's leave to file, for the Brief in Support of Plaintiffs' Motion to Compel, a brief exceeding the normal page limitation imposed by Local Rule 7.3(b), and in support state as follows:

1. This case raises claims under the Fair Debt Collection Practices Act ("FDCPA"), Real Estate Settlement Procedures Act ("RESPA"), and Michigan Occupational Code ("MOC") against Nationstar Mortgage, LLC ("Nationstar") and employees of Nationstar.

2. Nationstar failed to adequately respond to the majority of Plaintiffs' First Set of Discovery Requests to Nationstar Mortgage, LLC.  Due to the large number of discovery requests over which the parties disagree, Plaintiffs are unable to adequately present their arguments in favor of their Motion to Compel within ten (10) or fewer pages.

3. Local Rule 7.1(b) states, "All discovery motions shall set forth verbatim, or have attached, the relevant discovery request and answer or objection."  Plaintiffs would prefer to set forth verbatim within their brief the relevant discovery requests and responses at issue, but need extra pages in order to do so.

4. Local Rule 7.1(c) provides that the Court may, in its discretion, enlarge any page limit established by the Local Rules.  The Plaintiffs submit that good cause exists for an enlargement of the page limit under Local Rule 7.3(b) because the additional pages will permit a clear and thorough analysis of the issues presented and will thereby benefit the Court's resolution of Plaintiffs' Motion.

5. An additional nine (9) pages will enable Plaintiffs to include the language of the requests and Nationstar's objections within the body of their brief.  Plaintiffs thus request leave to file a brief in support of their Motion to Compel that does not exceed twenty (20) pages.

6.	Plaintiffs have contacted counsel for Defendant regarding the relief requested herein.  Counsel indicated that Defendant would not oppose the relief requested.

WHEREFORE, Plaintiffs respectfully request that the Court allow Plaintiffs to file a brief in support of their Motion to Compel which is over the usual page limit but does not exceed nineteen (19) pages in length.

                          Respectfully submitted,

Dated:  November 13, 2015               /s/Theodore J. Westbrook
                                        Theodore J. Westbrook (P70834)
                                        Amanda P. Narvaes (P74957)
                                        **DREW, COOPER & ANDING, P.C.**
                                        Attorneys for Plaintiffs
                                        Aldrich Place, Suite 200
                                        80 Ottawa Avenue NW
                                        Grand Rapids, MI 49503
                                        (616) 454-8300

## CERTIFICATE OF SERVICE

I certify that on November 13, 2015, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

Dated:  November 13, 2015               /s/Theodore J. Westbrook
                                          Theodore J. Westbrook (P70834)
                                        Amanda P. Narvaes (P74957)
                                        **DREW, COOPER & ANDING, P.C.**
                                        Attorneys for Plaintiffs
                                        Aldrich Place, Suite 200
                                        80 Ottawa Avenue NW
                                        Grand Rapids, MI 49503
                                        (616) 454-8300