UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

BRUCE CRAIGIE and
BARBARA CRAIGIE,

    Plaintiffs,

v.

NATIONSTAR MORTGAGE, LLC,
a limited liability company, and
JOHN DOES 1-5,

    Defendants.

Case No. 1:15-cv-00441

Hon. Janet T. Neff

| | |
|---|---|
| Theodore J. Westbrook (P70834) | Elisa J. Lintemuth (P74498) |
| Amanda P. Narvaes (P74957) | **DYKEMA GOSSETT PLLC** |
| **DREW, COOPER & ANDING, P.C.** | Attorneys for Defendant |
| Attorneys for Plaintiffs |     Nationstar Mortgage, LLC |
| Aldrich Place, Suite 200 | 300 Ottawa Avenue NW |
| 80 Ottawa Avenue NW | Grand Rapids, MI 49503 |
| Grand Rapids, MI 49503 | (616) 776-7500 |
| (616) 454-8300 | |

**BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS**

Plaintiffs Bruce and Barbara Craigie leave their Unopposed Motion to Exceed Page Limitations to the sound discretion of the Court.

Respectfully submitted,

Dated:  November 13, 2015            /s/Theodore J. Westbrook
                                    Theodore J. Westbrook (P70834)
                                    Amanda P. Narvaes (P74957)
                                    **DREW, COOPER & ANDING, P.C.**
                                    Attorneys for Plaintiffs
                                    Aldrich Place, Suite 200
                                    80 Ottawa Avenue NW
                                    Grand Rapids, MI 49503
                                    (616) 454-8300

### CERTIFICATE OF SERVICE

I certify that on November 13, 2015, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

Dated:  November 13, 2015            /s/Theodore J. Westbrook
                                    Theodore J. Westbrook (P70834)
                                    Amanda P. Narvaes (P74957)
                                    **DREW, COOPER & ANDING, P.C.**
                                    Attorneys for Plaintiffs
                                    Aldrich Place, Suite 200
                                    80 Ottawa Avenue NW
                                    Grand Rapids, MI 49503
                                    (616) 454-8300