UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE CRAIGIE, et al.,

    Plaintiffs,

v.

NATIONSTAR MORTGAGE, LLC, et al.,

    Defendants.

_____/

Hon. Janet T. Neff

Case No. 1:15-cv-00441

## **ORDER**

This matter is before the Court on Plaintiffs' Motion to Compel (Dkt. 25). The parties were heard on December 14, 2015. For the reasons stated on the record,

IT IS HEREBY ORDERED that Interrogatories 2 and 3 are denied without prejudice to Plaintiff's ability to submit additional interrogatories related to the loan servicing notes (without prejudice to the total number of interrogatories that may be filed by Plaintiff) or to take a Fed. R. Civ. P. 30(b)(6) deposition.

IT IS FURTHER ORDERED that Interrogatories 4 and 5 are granted limited to the time period between October 2013 and October 2014 and to naming the individuals who handled the modification or attempted modification of the loans in question.

IT IS FURTHER ORDERED that Interrogatory 7 is denied as moot.

IT IS FURTHER ORDERED that Request for Production 2 is denied as moot based on Defendant's counsel's representations on the record.

IT IS FURTHER ORDERED that Requests for Production 4, 5, 6, 7, 8 and 9 are denied without prejudice based on Defendant's counsel's representations on the record.

FINALLY, IT IS ORDERED that Requests for Production 10 and 11 are granted limited to the time period between October 2013 and October 2014.

**IT IS SO ORDERED**.


Date:  December 14, 2015                                  /s/ Ellen S. Carmody
                                                                                   ELLEN S. CARMODY
                                                                                  United States Magistrate Judge