# EXHIBIT 7

# HAMP Foreclosure Certification by Servicer for Non-GSE Accounts

Loan Number:          0596863530

Borrower Name:        BRUCE A CRAIGIE

Co Borrower Name:

The undersigned mortgagee, beneficiary or authorized agent verifies that:

At least one of the following circumstances exists:

☐ The borrower is evaluated for HAMP and is determined to be ineligible for the program; and the scheduled sale date is a minimum of 30 days from HAMP rejection;

☐ The borrower is offered a TPP, but fails to make current trial period payments as set forth in Section 8.3; and the scheduled sale date is a minimum of 30 days from HAMP rejection or

☒ The servicer has established Right Party Contact, has sent at least two written requests asking the borrower to supply required information in accordance with Section 2.2.2, and has otherwise satisfied the Reasonable Effort solicitation standard, and the borrower failed to respond by the dates indicated in those requests; and the scheduled sale date is a minimum of 30 days from HAMP rejection

☐ The servicer has satisfied the Reasonable Effort solicitation standard without establishing Right Party Contact;

☐ The borrower or co-borrower states he or she is not interested in pursuing a HAMP modification and such statement is reflected by the servicer in its servicing system and/or mortgage file.

☐ The servicer has resolved the Escalated Case in accordance with Section 3.3 of Chapter I; or

☐ The remaining non-borrower occupant was unable to assume the note and re-apply for HAMP during the period provided for by the servicer pursuant to Section 8.9.2.

And:

☒ All other available loss mitigation alternatives have been exhausted and a non-foreclosure outcome could not be reached; and

☒ The certification has been completed no more than 7 days prior to the scheduled sale date.

The trustee, foreclosure agent, attorney or their authorized representative is therefore authorized to proceed with a foreclosure sale pursuant to state law.

Dated: 3/25/2014

Nationstar Mortgage, LLC

By: Kumar Sesuraj



EXHIBIT
43
4·26·16  LC