UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE CRAIGIE and BARBARA
CRAIGIE,

      Plaintiffs,

                                         Case No. 1:15-cv-441

v.

                                         HON. JANET T. NEFF

NATIONSTAR MORTGAGE, LLC and
UNKNOWN PARTIES,

            Defendants.
_____/

## ORDER

      Pending before the Court is the parties' Proposed Stipulated Order for Extension of Case Management Order Dates (Dkt 146), seeking to amend certain case management order dates and deadlines.  The Court, having reviewed the request, will amend the deadline for filing pre-motion conference requests, but warns that further requests to extend the pre-motion conference request deadline will not be favored.  The parties shall file pre-motion conference requests, if any, not later than December 2, 2016.  Furthermore, the Court will issue an amended case management order in the event the parties are permitted to brief a dispositive motion.  Therefore,

      **IT IS HEREBY ORDERED** that the Proposed Stipulated Order for Extension of Case Management Order Dates (Dkt 146) is GRANTED to the extent set forth above.

      **IT IS FURTHER ORDERED** that additional requests to extend the pre-motion conference request deadline will not be favored.

Dated: November 2, 2016                            ___/s/ Janet T. Neff_____
                                        JANET T. NEFF
                                        United States District Judge