UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE CRAIGIE AND BARBARA
CRAIGIE,

    Plaintiffs,

v.

NATIONSTAR MORTGAGE, LLC AND
UNKNOWN PARTIES,

    Defendants.
_____/

Case No. 1:15-cv-441

HON. JANET T. NEFF

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiffs.

Dated: August 31, 2017

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge